JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CW5 DAVID CLARK,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01509-BRO-MRW<br><br>Hon. District Judge Beverly Reid O'Connell<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[No Hearing Required]<br><br>Action Filed: January 17, 2017<br>Trial Date: NA |

The Court having considered the *Stipulation to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* CW5 David Clark and *defendant* Specialized Loan Servicing, LLC, and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS FURTHER ORDERED** that all future hearing dates in this action are hereby vacated.

IT IS SO ORDERED.
DATED: August 15, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

1     Case No.: 2:17-cv-01509-BRO-MRW
**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT**
954836.1